Argued September 20, affirmed in part; reversed and remanded in part
October 4, 1976

RUSSELL GRIFFIN, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 04-76-104, CA 6369)

554 P2d 635

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Kevin L. Mannix,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM

## PER CURIAM

In this disciplinary proceeding petitioner was charged with and found by the disciplinary committee to have violated Major Rule 12, False Statement to Staff Members, and Major Rule 11, Disobedience of an Order. On appeal he challenges the finding that he was guilty of violating Major Rule 11. We agree that the evidence does not support the finding.

Affirmed in part; reversed and remanded in part.